AO 442 (Rev. 12/10) Warrant for Arrest

**SEALED**

# United States District Court

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

CHRISTOPHER A. FAULKNER

**WARRANT FOR ARREST**

CASE NUMBER: 3-18-MJ-

**3-18MJ407-BT**

To: The United States Marshal
and any Authorized United States Officer:

YOU ARE HEREBY COMMANDED to arrest CHRISTOPHER A. FAULKNER and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense):

Securities Fraud and Mail fraud in connection with the offer and sale of fractionalized working interests in the oil-and-gas prospects and Money Laundering

in violation of Title 15, United States Code, Sectionss 77q(a) and 77x, and Title 18, United States Code, Sections 1341, 1957, and 2.

| Rebecca Rutherford | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 15, 2018, Dallas, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Office

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED 6-15-2018 | NAME AND TITLE OF ARRESTING OFFICER Special Agent James R Bridge | SIGNATURE OF ARRESTING OFFICER *James R Bridge* |
|---|---|---|
| DATE OF ARREST 6-18-2018 | | |

AO 442 (Rev. 12/10) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Christopher A. Faulkner

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: 12/06/1976

SOCIAL SECURITY NUMBER: 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

HEIGHT:

WEIGHT:

SEX: Male            RACE: White

HAIR:                EYES:

SCARS, TATTOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI-Dallas, IRS-CI Dallas