UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER AUNDRE FAULKNER,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO:<br>3:18-CR-500-B |

## SCHEDULING ORDER FOR SENTENCING

The Court adopts the following schedule for sentencing in this case:

1.　Sentencing will be on **February 14, 2019 at 1:30 PM.**

2.　The presentence report ("PSR") must be disclosed to the Court, defendant, defendant's counsel, and the attorney for the government by or before **January 10, 2019**.

3.　Written objections or a written statement adopting the findings of the PSR must be electronically filed within 14 days after receipt of the PSR.

4.　If written objections to the Presentence Report have been timely made, the Probation Office must disclose any addendum to the PSR no later than 14 days before sentencing. **If objections were made by the defendant, the attorney for the government must file a written response to the objections no later than 14 days before sentencing.**

5.　Any written objections to the addendum must be electronically filed no later than 7 days before sentencing.

6.　Any motions regarding downward or upward departures or variances from the advisory guidelines must be filed at least 14 days before sentencing. All such motions must be responded to in writing at least 7 days before sentencing.

7. Any other written materials such as character or other supporting letters or sentencing memoranda must be submitted to the Court at least 7 days before sentencing.

8. **Unless specifically stated otherwise, any order continuing the sentencing in this case automatically extends the associated sentencing deadlines identified herein.**

9. In any case which 18 U.S.C. §§ 3663-64 apply, counsel for the government shall provide to the U.S. Probation Officer, no later than five government business days from the date of this Order, all information necessary for the officer to comply with crime victim restitution requirements.

10. If, during the presentence report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

11. Questions about this scheduling order or about any other matters related to this case should be directed to Judge Boyle's courtroom deputy by calling **(214) 753-2740** and then pressing the option for "criminal cases." If, upon pressing the "criminal cases" option, the phone goes to voice-mail, please leave a message (include the case name and number, as well as your name and number and that of opposing counsel) which will be transmitted as an e-mail to Judge Boyle's staff. Alternatively, you can e-mail the Court regarding your case at **Boyle_Criminal@txnd.uscourts.gov**. If you choose to e-mail the Court, include the case name

and number, as well as your name and number. *You must copy opposing counsel* on your e-mail to the Court. If you do not copy opposing counsel, you will not receive a response to your e-mail.

**SO ORDERED**.

Signed this October 26, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE