```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                    DALLAS DIVISION

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )
vs.                          )3:18-CR-00500-B
                             )
CHRISTOPHER AUNDRE FAULKNER, )
                             )
     Defendant.              )

          SENTENCING HEARING (not held)
        BEFORE THE HONORABLE JANE J. BOYLE
            UNITED STATES DISTRICT JUDGE
                    APRIL 2, 2019

              A P P E A R A N C E S

For the Government:

    UNITED STATES ATTORNEY'S OFFICE
    1100 Commerce Street - 3rd Floor
    Dallas, TX  75242
    214/659-8600
    BY:  CHRISTOPHER STOKES

For the Defendant:


    BRIAN D. POE ATTORNEY PLLC
    909 Throckmorton Street
    Fort Worth, TX 76102
    817/870-2022
    BY:  BRIAN DANIEL POE

COURT REPORTER:  SHAWNIE ARCHULETA, TX CCR No. 7533
                 1100 Commerce Street
                 Dallas, Texas 75242

proceedings reported by mechanical stenography,
transcript produced by computer.
```

```
 1                  (In open court at 2:35 p.m.)
 2                  THE COURT:  Let me go to the first -- the
 3      Faulkner case first, if I could get everybody up
 4      here, please.
 5                  Mr. Poe for the defense.
 6                  MR. POE:  Yes, Your Honor.
 7                  THE COURT:  And Mr. Stokes for the
 8      government.
 9                  MR. STOKES:  Yes, Your Honor.
10                  THE COURT:  I don't think this will take
11      too long, because I'm not going to accept the plea
12      agreement.  You can talk about this.  You can go
13      back to the drawing board.  I just don't think it's
14      enough.
15                  Let me go ahead and tell Mr. Faulkner what
16      my decision is.  Mr. Faulkner, I have looked at the
17      plea agreement in this case, and I have decided I am
18      not going to accept it.  You have an absolute right
19      to withdraw your guilty plea.  I'm going to give you
20      some time to decide what you're going to do about
21      that, but I am not going to accept the guilty plea.
22                  So today is just -- I will give you a week
23      or so to decide what you are going to do, if you can
24      come up with a different plea agreement or whatever.
25      I can't say what's wrong with it, but it's just not
```

```
 1  good enough for me.
 2              So, Mr. Poe, do you have any questions?
 3              MR. POE:  No, Your Honor, not at this
 4  time.
 5              THE COURT:  Mr. Stokes, any questions?
 6              MR. STOKES:  No, I guess not, Your Honor.
 7  Thank you.
 8              THE COURT: All right.  We will -- how
 9  about if I give you two weeks to report back to me
10  if he's going to withdraw his plea and go for a not
11  guilty and a trial or if you-all have worked out
12  another plea agreement.
13              MR. POE:  That's fine.  Do you want us to
14  file something or come back to court?
15              THE COURT:  You can notify me -- you and
16  Chris can notify me together by virtue of one or the
17  two of you calling is fine.
18              MR. POE:  All right.  Thank you, Judge.
19              THE COURT:  Thank you very much.  I'm
20  sorry about that.
21              (Court in recess as to that matter.)
22
23
24
25
```

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER – 214.753.2747**

```
 1                    C E R T I F I C A T E
 2            I, Shawnie Archuleta, CCR/CRR, certify
 3   that the foregoing is a transcript from the record
 4   of the proceedings in the foregoing entitled matter.
 5            I further certify that the transcript fees
 6   format comply with those prescribed by the Court and
 7   the Judicial Conference of the United States.
 8            This 3rd day of April 2019.
 9
10
11                         s/Shawnie Archuleta
                           Shawnie Archuleta CCR No. 7533
12                         Official Court Reporter
                           The Northern District of Texas
13                         Dallas Division
14
15
16   My CSR license expires:  December 31, 2019
17   Business address:  1100 Commerce Street
                        Dallas, TX  75242
18   Telephone Number:  214.753.2747
19
20
21
22
23
24
25
```

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER – 214.753.2747**