# U.S Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for "Service of Process by the U.S Marshal"*

| PLAINTIFF<br>United States of America | US MARSHALS SERVICE N/TX<br>DALLAS, TEXAS<br><br>2019 APR 15 A 11: 55 | COURT CASE NUMBER<br>3:18-CR-500-B |
|---|---|---|
| DEFENDANT<br>Christopher Aundre Faulkner | | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>2012 Aston Martin Virage, VIN # SCFFDECNXCGG14069 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Mark J. Tindall<br>Assistant United States Attorney<br>1100 Commerce Street; Suite 300<br>Dallas, Texas 75242 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER
(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Pursuant to the Preliminary Order of Forfeiture filed January 07, 2019, the USMS is to seize the property listed in the Preliminary Order of Forfeiture and hold it in secure custody and control pending a Final Order of Forfeiture.
Asset ID: 16-FBI-002839

| Signature of Attorney or other Originator requesting service on behalf of:<br>/s/ *Mark J. Tindall* by A. Jacques | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(214) 659-8600 | DATE<br>04/11/19 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>4 | District of Origin<br>No. 77 | District to Serve<br>No. 77 | Signature of Authorized USMS Deputy or Clerk<br>*Michael Day* | Date<br>4/15/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>4/15/19 | Time ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors)<br>0 | Forwarding Fee<br>0 | Total Charges<br>$8 w | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund)<br>0 |
|---|---|---|---|---|---|

**REMARKS:**   The above listed asset was taken into USMS custody on May 10, 2016 per Preliminary Order of Forfeiture. It will remain in our custody pending a Final Order of Forfeiture.

| PRIOR EDITIONS MAY BE USED | FORM USM-285 |
|---|---|