IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:18-CR-500-B |
| CHRISTOPHER AUNDRE FAULKNER | |

### DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY OR THE ALTERNATIVE MOTION TO BE APPOINTED CJA COUNSEL

For the reasons that follow, undersigned counsel for the Defendant, Christopher Aundre Faulkner, respectfully files this motion seeking to withdraw as the attorney of record, or in the alternative, request appointment as CJA counsel in this matter:

Undersigned counsel was retained by the Defendant in April 2018; however, the Defendant has been unable to fulfill his financial obligations under our retainer agreement. The government and/or the SEC receiver have seized all of the Defendant's assets and he is indigent.

Therefore, counsel requests that he be relieved of the responsibility as attorney of record in this matter, or in the alternative, be appointed to serve as the Defendant's CJA counsel.

Respectfully submitted,

*/s/ Brian D. Poe*
BRIAN D. POE
Texas Bar No. 24056908
909 Throckmorton Street
Fort Worth, TX 76102
Telephone: 817-870-2022
Email: bpoe@bpoelaw.com

**Motion to Withdraw as Attorney of Record - Page 1 of 2**

I, Christopher Aundre Faulkner, the above named defendant, consent to counsel withdrawing from this case, or in the alternative, being appointed to serve as CJA counsel in the matter.

```
_____
CHRISTOPHER AUNDRE FAULKNER
```

## CERTIFICATE OF CONFERENCE

I certify that on April 12, 2019, I conferenced with Assistant United States Attorney Chris Stokes, who stated the government is unopposed to the Defendant's motion.

*/s/ Brian D. Poe*
BRIAN D. POE

## CERTIFICATE OF SERVICE

I certify that on April 24, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

*/s/ Brian D. Poe*
BRIAN D. POE