# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | CRIMINAL ACTION NO: |
| v. | § | 3:18-CR-500-B |
| | § | |
| CHRISTOPHER AUNDRE | § | |
| FAULKNER, | § | |
|    Defendant. | § | |

## ORDER GRANTING MOTION TO SUSPEND PRE-TRIAL DEADLINES

Before the Court is the Government's Unopposed Motion to Suspend Pre-Trial Deadlines Pending Superseding Indictment (doc. 66). Said motion, in accordance with the findings set forth below, on this May 2, 2019, is GRANTED.

In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served by granting this motion outweigh the best interest of the public and the defendant in a speedy trial. Additionally, defendant's speedy trial clock is currently tolled due to the pending Motion to Withdraw as Attorney or the Alternative Motion to be Appointed CJA Counsel (doc. 63), pursuant to 18 U.S.C. § 3161(h)(1)(D). Therefore, any period of delay resulting from this Court's granting the motion shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, the Court vacates the Pretrial Order entered on April 22, 2019 (doc. 62) and will reset the pretrial deadlines in this case once the issue of defendant's representation is resolved and the forthcoming superseding indictment is returned.

SO ORDERED.

SIGNED: May 2, 2019.


JANE J. BOYLE
UNITED STATES DISTRICT JUDGE