IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:18-CR-500-B |
| CHRISTOPHER AUNDRE FAULKNER | |

**DEFENDANT'S MOTION TO WAIVE PERSONAL APPEARANCE AT ARRAIGNMENT AND REQUEST THAT A "NOT GUILTY" PLEA BE ENTERED ON HIS BEHALF**

For the reasons that follow, undersigned counsel for the Defendant, Christopher Aundre Faulkner, respectfully files this motion to waive personal appearance at arraignment and requests that a "not guilty" plea be entered on his behalf:

On May 29, 2019, a federal grand jury issued a superseding indictment charging the defendant with 21 separate felony counts, including the following:

1. Counts 1 through 6: Securities Fraud, Aiding and Abetting in violation of 15 U.S.C. §§77q(a) and 77x, 18 U.S.C. § 2;

2. Counts 7 through 13: Mail Fraud, Aiding and Abetting in violation of 18 U.S.C. §§ 1341 and 2;

3. Counts 14 through 19: Engaging in Illegal Monetary Transactions in violation of 18 U.S.C. §§ 1957 and 2; and

4. Counts 20 through 21: Attempt to Evade and Defeat Tax in violation of 26 U.S.C. § 7201.

The defendant has received a copy of the superseding indictment and understands the charges against him. The defendant further understands that he has the right to attend an arraignment hearing and have the superseding indictment read to him. However, the

defendant seeks to waive his appearance at any formal arraignment hearing and requests that the Court enter a plea of "not guilty" on his behalf and set the case for trial.

Respectfully submitted,

*/s/ Brian D. Poe*
BRIAN D. POE
Texas Bar No. 24056908
909 Throckmorton Street
Fort Worth, TX 76102
Telephone: 817-870-2022
Email: bpoe@bpoelaw.com

I, Christopher Aundre Faulkner, the above named defendant, hereby waive my appearance at any arraignment hearing and request that the Court enter a "not guilty" plea on my behalf.

_____
CHRISTOPHER AUNDRE FAULKNER

## CERTIFICATE OF CONFERENCE

I certify that I conferenced with Assistant United States Attorney Chris Stokes, who stated the government is unopposed to the Defendant's motion.

*/s/ Brian D. Poe*
BRIAN D. POE

## CERTIFICATE OF SERVICE

I certify that on June 7, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

*/s/ Brian D. Poe*
BRIAN D. POE