IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:18-CR-500-B |
| CHRISTOPHER AUNDRE FAULKNER | |

## ORDER

Due to the extraordinary amount of digital discovery the government anticipates providing to the Defendant, and the need to contain pretrial costs and consolidate resources, the Court finds that the appointment of a coordinating discovery attorney is warranted. Accordingly, the Federal Public Defender for the Northern District of Texas is hereby appointed as Coordinating Discovery Attorney.

**SO ORDERED** on _____.

_____
JANE J. BOYLE
United States District Judge