**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **v.** | § § § | **3:18-CR-500-B** |
| **CHRISTOPHER AUNDRE FAULKNER** | § § | |

**ENTRY OF APPEARANCE OF COUNSEL**

I hereby enter my appearance as *appointed* Coordinating Discovery Attorney for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the defendant in connection with all matters related to coordination of the discovery in this case.


Dated: June 25, 2019         */s/ Jason Hawkins*
                             JASON HAWKINS
                             Assistant Federal Public Defender
                             Northern District of Texas
                             Texas Bar # 00795763
                             525 Griffin Street, Suite 629
                             Dallas, Texas 75202
                             Phone (214) 767-2746
                             Fax (214) 767-2886
                             jason_hawkins@fd.org