UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER AUNDRE<br>FAULKNER,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO:<br>3:18-CR-500-B |

## ORDER DECLARING CASE COMPLEX AND SETTING PRETRIAL SCHEDULE

Before the Court is the Joint Motion for Continuance and to Designate Case Complex (doc. 79). Said motion, in accordance with the findings set forth below, on this July 16, 2019, is granted in part and denied in part.

The Court agrees with the government and finds that the case is so complex due to the nature of the prosecution, the complexity of the facts underlying the indictment, and the voluminous nature of the discovery that it is unreasonable to expect adequate preparation for the trial itself within the time limits established by the Speedy Trial Act. According, the Court designates this case as complex pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

The Court denies the parties to simply set a status conference at a point in the future discuss setting a trial date. Instead, the Court sets this case for jury trial on **March 16, 2020, at 9:00 a.m.** Defendants' pretrial motions, if any, must be filed by **January 27, 2020**, and the government's responses thereto, by **February 10, 2020**. Pretrial Conference is hereby set for **March 13, 2020, at 10:00 a.m.**

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with

copies of exhibits furnished to the Court), and motions in limine must be filed no later than **February 24, 2020.**

Additionally, the Court sets an in-person status conference **November 21, 2018, at 1:30 p.m.** to discuss the status of the case and the potential need to adjust the deadlines set forth in this order.

**SO ORDERED**.

Signed this July 16, 2019.

                                  JANE J. BOYLE
                                  UNITED STATES DISTRICT JUDGE