UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>CHRISTOPHER AUNDRE<br>FAULKNER,<br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO:<br>3:18-CR-500-B |

## ORDER GRANTING JOINT MOTION TO REMOVE CASE FROM TRIAL DOCKET AND SET STATUS CONFERENCE

Before the Court is the Joint Motion to Remove Case from Trial Docket and Set Status Conference (doc. 88). Said motion, in accordance with the findings set forth below, on this December 9, 2019, is granted.

Accordingly, the current trial setting and deadline, including the deadline for filing pretrial motion, responses, and pretrial materials, are vacated. Additionally, this Court has previously determined this case to be so complex due to the nature of the prosecution, the complexity of the facts underlying the indictment, and the voluminous nature of the discovery that it is unreasonable to expect adequate preparation for the trial itself within the time limits established by the Speedy Trial Act, and declared it complex pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) (doc. 81). Therefore, any period of delay resulting from the granting of this motion shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Additionally, the Court sets an in-person status conference **March 26, 2020, at 1:30 p.m.** to discuss the status of the case and the possibility of setting a trial scheduling order.

**SO ORDERED**.

Signed this December 9, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE