IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:18-CR-500-B |
| CHRISTOPHER A. FAULKNER | |

## NOTICE OF APPEAL

Notice is hereby given, pursuant to 28 U.S.C. § 1292, that defendant Christopher A. Faulkner hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order entitled ***MEMORANDUM OPINION AND ORDER*** entered by U.S. District Judge Jane J. Boyle on January 23, 2020 (ECF Doc. No. 95) in its entirety.

Respectfully submitted,

/s/ *Kevin B. Ross*
KEVIN B. ROSS
State Bar of Texas Card No. 24033030

LAW OFFICE OF KEVIN B. ROSS, P.C.
8150 N. Central Expressway
Suite M2070
Dallas, Texas 75206
(214) 731-3151
Fax (214) 594-8988
kbr@rosscrimlaw.com

## CERTIFICATE OF SERVICE

I certify that on February 2, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

/s/ *Kevin B. Ross*
KEVIN B. ROSS