IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:18-CR-0500-B |
| | ) | |
| CHRISTOPHER AUNDRE FAULKNER | ) | |
| | ) | |

### ENTRY OF APPEARANCE

Undersigned counsel, KRISTEN BECKMAN, hereby enters her appearance as co-counsel for Defendant, CHRISTOPHER AUNDRE FAULKNER, in the above referenced case.

Respectfully submitted,

/s/ Kristen Beckman
KRISTEN BECKMAN
Bar Card No. 24048408

LAW OFFICE OF KEVIN B. ROSS, P.C.
8150 N. Central Expy.
Suite M2070
Dallas, Texas  75206
214-731-3151
214-594-8988 fax
kbeckman@rosscrimlaw.com

Attorney for Defendant
Christopher Aundre Faulkner

/s/ Kristen Beckman
KRISTEN BECKMAN

**CERTIFICATE OF SERVICE**

I hereby certified that on this day, I electronically filed the foregoing DEFENDANT'S NOTICE OF ATTORNEY APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

<u>   Christopher Stokes and Ryan Raybould         </u>
Assistant United States Attorneys


DATED this 14th day of April, 2020.


<u> /s/ Kristen Beckman</u>
KRISTEN BECKMAN