IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 20-10128
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
April 16, 2020

Lyle W. Cayce
Clerk

D.C. Docket No. 3:18-CR-500-1

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CHRISTOPHER AUNDRE FAULKNER, also known as Christopher A. Faulkner,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before WIENER, HAYNES, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal.

It is ordered and adjudged that the judgment of the District Court is affirmed.

Certified as a true copy and issued
as the mandate on May 08, 2020

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

May 08, 2020

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242

     No. 20-10128   USA v. Christopher Faulkner  
                      USDC No. 3:18-CR-500-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Renee S. McDonough, Deputy Clerk  
                                504-310-7673

cc:  
    Ms. Gail A. Hayworth  
    Mr. Kevin Blake Ross  
    Ms. Leigha Amy Simonton