IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                  NO.  3:20-CR-500-B

CHRISTOPHER AUNDRE FAULKER

**NOTICE OF APPEARANCE**
**FOR THE UNITED STATES OF AMERICA AS FOREITURE COUNSEL**

Please take notice that the undersigned Assistant United States Attorney has been

designated as counsel for forfeiture matters, in addition to, not replacement of, the lead

Assistant United States Attorney prosecuting this cause.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
E-mail: dimitri.rocha@usdoj.gov

**USA Notice of Appearance (Forfeiture Counsel) – Page 1**

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Notice of Appearance as Forfeiture Counsel

was served on October 1, 2020  pursuant to the district court's ECF system as to ECF filers.

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney