IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:18-CR-500-B |
| CHRISTOPHER AUNDRE FAULKNER | |

**STATEMENT REGARDING SEIZED PROPERTY AND RELEASE AND TRANSFER TO SECURITIES AND EXCHANGE COMMISSION**

Per the plea agreement, the government and the defendant have agreed to the release of certain seized property listed in the forfeiture notice in the superseding indictment, pending the Court's acceptance of the defendant's guilty plea. Particularly, the defendant agreed to release and relinquish any ownership, claim, title, or license to the government the following property:

1. $43,513.78 seized from Bank of America account x6648 in the name of Breitling Royalties Corporation;

2. $122,387.11 seized from Wells Fargo account x9160 in the name of Blue Star Investments, Inc. d/b/a Breitling;

3. $85,093.05 seized from BB&T account x6091 in the name of Blue Star Investments, Inc. d/b/a Breitling; and

4. Two large custom oil filed paintings by Alec Monopoly.

– Page 1

Following the judgment, the assets will be transferred to the Securities and Exchange Commission Receivership in *SEC v. Christopher Faulker*, 3:16-CV-1735 (N.D. Tex.) where the SEC will apply these assets to that case.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY


*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
E-mail: dimitri.rocha@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

> Statement Regarding Seized Property and Release and Transfer to the Securities and Exchange Commission

was served on August 6, 2021 pursuant to the district court's ECF system as to ECF filers.

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney