# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|

v.

**CHRISTOPHER AUNDRE FAULKNER**

Case Number: **3:18-CR-00500-B(1)**
USM Number: **76501-112**
**Aaron L Wiley**
Defendant's Attorney

## THE DEFENDANT:

| | |
|---|---|
| ☒ pleaded guilty to count(s) | **Counts 1, 2, and 21 of the 21-count Indictment filed May 29, 2019** |
| ☐ pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 15 U.S.C. §§ 77q(a) and 77x, 18 U.S.C. § 2 Securities Fraud, Aiding and Abetting | September 2013 | 1 |
| 15 U.S.C. §§ 77q(a) and 77x, 18 U.S.C. § 2 Securities Fraud, Aiding and Abetting | December 2013 | 2 |
| 26 U.S.C. § 7201 Attempt to Evade and Defeat Tax | October 15, 2014 | 21 |

The defendant is sentenced as provided in pages 2 through 22 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Counts 3 to 20 of the indictment ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**September 20, 2021**
Date of Imposition of Judgment

Signature of Judge

**JANE J. BOYLE, UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**September 29, 2021**
Date

DEFENDANT:           CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:         3:18-CR-00500-B(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

60 months on each of Counts 1, 2, and 21, to run consecutively for a total aggregate term of 180 months.

☒   The court makes the following recommendations to the Bureau of Prisons:
    That the defendant be allowed to serve his sentence at FCI Lompoc, if eligible. Further, the Court recommends that the
    defendant be allowed to participate in the Residential Drug Abuse Treatment Program (RDAP) while in custody of the
    Bureau of Prisons, if eligible.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

        ☐   at _____       ☐   a.m.   ☐   p.m.   on _____

        ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐   before 2 p.m. on _____
        ☐   as notified by the United States Marshal.
        ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:


        Defendant delivered on _____ to

at _____, with a certified copy of this judgment.



                                                UNITED STATES MARSHAL

                                                By _____
                                                DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                                                      Judgment -- Page 3 of 22

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **3 years on each of Counts 1, 2, and 21, to run concurrently.**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☒   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5.  ☒   You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.  ☐   You must participate in an approved program for domestic violence. (*check if applicable*)

        You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                      Judgment -- Page 4 of 22

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at www.txnp.uscourts.gov.

Defendant's Signature _____          Date _____

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case

Judgment -- Page 5 of 22

DEFENDANT:         CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:       3:18-CR-00500-B(1)

# SPECIAL CONDITIONS OF SUPERVISION

Pursuant to the Mandatory Victims Restitution Act of 1996, the defendant is ordered to pay restitution in the amount of $92,446,376.46, payable to the U.S. District Clerk, 1100 Commerce Street, Room 1452, Dallas, Texas 75242. Restitution shall be payable immediately and any unpaid balance shall be payable during incarceration. Restitution shall be disbursed to:

See list of victims and amounts owed to each on pages 8 to 22.

If upon commencement of the term of supervised release any part of the restitution remains unpaid, the defendant shall make payments on such unpaid balance in monthly installments of not less than 10 percent of the defendant's gross monthly income, or at a rate of not less than $50 per month, whichever is greater. Payment shall begin no later than 60 days after the defendant's release from confinement and shall continue each month thereafter until the balance is paid in full. In addition, at least 50 percent of the receipts received from gifts, tax returns, inheritances, bonuses, lawsuit awards, and any other receipt of money shall be paid toward the unpaid balance within 15 days of receipt. This payment plan shall not affect the ability of the United States to immediately collect payment in full through garnishment, the Treasury Offset Program, the Inmate Financial Responsibility Program, the Federal Debt Collection Procedures Act of 1990 or any other means available under federal or state law. Furthermore, it is ordered that interest on the unpaid balance is waived pursuant to 18 U.S.C. § 3612(f)(3).

The defendant shall pay any remaining balance of restitution as set out in this Judgment.

The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer.

The defendant shall provide to the probation officer complete access to all business and personal financial information.

The defendant shall not enter into any self-employment while under supervision without prior approval of the probation officer.

The defendant shall not be employed by, affiliated with, own or control, or otherwise participate, directly or indirectly, in the business of oil and gas or other businesses wherein he solicits money from investors without the probation officer's approval without the probation officer's approval.

The defendant shall participate in an outpatient program approved by the probation officer for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, and contributing to the costs of services rendered (copayment) at the rate of at least $25 per month.

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                                    Judgment -- Page 6 of 22

DEFENDANT:        CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:      3:18-CR-00500-B(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments page.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $300.00 | $92,446,376.46 | $.00 | $.00 | $.00 |

☐  The determination of restitution is deferred until    An *Amended Judgment in a Criminal Case (AO245C)* will be entered
after such determination.

☒  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C.
   § 3664(i), all nonfederal victims must be paid before the United States is paid.

   **See list of victims and amounts owed to each on pages 8 to 22.**


☐  Restitution amount ordered pursuant to plea agreement $

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before
   the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule
   of Payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒  The court determined that the defendant does not have the ability to pay interest and it is ordered that:
   ☒  the interest requirement is waived for the        ☐  fine        ☒  restitution
   ☐  the interest requirement for the                  ☐  fine        ☐  restitution is modified as follows:


* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                                                Judgment -- Page 7 of 22

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payments of $ 92,446,376.46 due immediately, balance due

    ☐  not later than                                        , or

    ☒  in accordance        ☐   C,        ☒   D,        ☐   E, or        ☐   F below; or

**B**  ☐  Payment to begin immediately (may be combined with    ☐   C,        ☐   D, or        ☐   F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment;
    or

**D**  ☒  Payment in equal monthly *(e.g., weekly, monthly, quarterly)* installments of not less than 10 percent of the defendant's
    gross monthly income, or at a rate of not less than $50 per month, whichever is greater, until the balance is paid in full,
    to commence 60 days *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release
    from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that
    time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:
    **It is ordered that the Defendant shall pay to the United States a special assessment of $300.00 for Counts 1, 2, and
    21, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several
    See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and
    Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:
    Pursuant to the Preliminary Order of Forfeiture, the defendant shall forfeit:
    1. Two large custom oil field paintings by Alec Monopoly;
    2. 2014 Mercedes Benz AMG S63, VIN# WDDUG7JB2EA049763;
    3. 2006 Bentley Continental, VIN# SCBBR53W96C037358;
    4. 2012 Aston Martin Virage, VIN# SCFFDECNXCGG14069
    5. 2014 Land Rover HSE, VIN# SALGS2WF6EA162015.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine
principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution
and court costs.

Case 3:18-cr-00500-B   Document 154   Filed 09/29/21   Page 8 of 22   PageID 1248
AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case
Judgment -- Page 8 of 22

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

A. BRADFORD SMITH
Amount: $109,452.00

A. LEE & JANELLA BRAND
Amount: $49,722.00

AAMIR SHABNER/ADVANTA
Amount: $6,674,880.00

AARON J. & ROSEMARY SMUD
Amount: $19,877.00

AARON L. AND SHANNA R.
JOHNSON
Amount: $156,192.00

ADMIRE, LP
Amount: Unknown

ADOLFO & DONNA CARMONA
Amount: $299,050.00

ADVANTA TRUST FBO A.
HAMPTON
Amount: Unknown

ADVANTA TRUST FBO DENNIS
COLLINS
Amount: Unknown

ADVANTA TRUST FBO GEORGE
BLACK
Amount: Unknown

ADVANTA TRUST FBO KEVIN
BOHANNON
Amount: Unknown

ADVANTA TRUST FBO T.
O'CONNOR
Amount: Unknown

ADVANTA TRUST IRS, HAROLD S.
TREWHELLA
Amount: Unknown

AHMER K. GHAURI
Amount: $39,939.00

AIR EXPERT
Amount: $269,369.00

AJIT SANCHETI
Amount: $127,985.00

ALAN & JOYCE HAUSER
Amount: $93,116.00

ALAN CASWELL
Amount: $28,000.00

ALAN HAMPTON
Amount: $21,756.00

ALFRED DODSON
Amount: Unknown

ALFRED FAMILY INV., LLC
Amount: $120,085.00

ALIASGAR POONAWALA &
SAKINA KHAMBATY
Amount: Unknown

ALICE BARNETT
Amount: Unknown

ALM HOLDINGS, LLC
Amount: $66,734.00

ALMA VELDHUIZEN
Amount: $49,070.00

ALTON D. QUISENBERRY
Amount: $148,273.94

ANAP & PATEL PRAGNA
DADHANIA
Amount: $25,625.00

ANDREW D. & JOHNETTE
WILLIAMS
Amount: Unknown

ANGUS P. & LINDA E. MCINTOSH
Amount: $19,939.00

ANNE KINSMAN
Amount: $366,210.00

ANTHONY JUSTICE
Amount: $20,000.00

ANTHONY, BURROUGHS, KELLI
BROUSSARD
Amount: $38,229.00

ANTONIOS HADJIGEORGALIS
Amount: $2,682.00

ARNOLD GLEIT
Amount: $37,924.00

ARNOLD MILLER
Amount: $133,511.00

ARTHUR & THERESA SEARS
Amount: $311,739.00

ARTHUR COERVER
Amount: $22,636.00

ARTHUR FELTON
Amount: $30,834.00

ARTHUR PETERSON
Amount: Unknown

ATOOL K. & AMITA PATEL
Amount: $26,241.00

AUGUST HINNENKAMP
Amount: $34,602.00

AVIGDOR J PEMPER
Amount: $64,597.00

B&B MEDICAL OXYGEN, INC.
Amount: Unknown

B. EDWARDS
Amount: $137,926.00

BARBARA HOUSE
Amount: $28,000.00

BARBARA LEVICH
Amount: $251,130.32

BARNEY STADHEIM
Amount: $23,296.00

BARRY & MICHELLE CARTMILL
Amount: Unknown

BARRY KOCH
Amount: $52,631.00

BENJAMIN & GISELA HUBERMAN
Amount: $500,000.00

BERT BELK
Amount: $80,844.00

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                    Judgment -- Page 9 of 22

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

BHARATKUMAR G. / HEMANIBEN
HALDERIA
Amount: $24,879.00

BHARATKUMAR HALDERIA
Amount: Unknown

BHRUGU PANGE
Amount: $50,000.00

BILL & VERONICA KAPPELL
Amount: $54,223.00

BLACK FOREST GROUP
Amount: $39,205.00

BLUE SHORE TRUST
Amount: $800,000.00

BRAD MEYER
Amount: $129,194.00

BRAD SCOTT
Amount: Unknown

BRANDON HELBLING
Amount: $71,414.00

BRANDON MIA
Amount: $53,709.00

BRAUN/MEYER, LLC
Amount: $2,000,000.00

BRENT ANDERSON
Amount: $158,413.62

BRENT ANDERSON
Amount: Unknown

BRENT THIEL
Amount: $113,181.00

BRIAN & BRENDA HEDLUND
Amount: $114,649.00

BRIAN & STACI LILLIS
Amount: $41,890.00

BRIAN DAIGLE
Amount: $99,704.00

BRIAN EFIRD
Amount: $20,226.00

BRIAN TANKLAGE
Amount: $92,953.00

BRIAN TAYLOR
Amount: $19,400.00

BRUCE & DONNA BENEVENTO
Amount: $35,000.00

BRUCE OR SUSAN OTTO
Amount: $90,453.00

BRUCE PIPER
Amount: $147,307.00

BRYAN CRONE
Amount: $20,370.00

BULLDOG MANAGEMENT TRUST
Amount: $71,865.00

BUSINESS CARE SOLUTIONS LLC
Amount: Unknown

C&S MARKET RESEARCH
Amount: $499,834.00

C. KENT ADAMS
Amount: Unknown

C. THIEME
Amount: $60,000.00

C. VANZANDT
Amount: $18,171.00

C.E. ALEXANDER
Amount: $28,857.00

C.G. MUDALIAR
Amount: $49,516.00

C.K. PRICE
Amount: $13,098.00

CALIFORNIA BEHAVIOR
SOLUTIONS
Amount: $54,866.00

CALVIN SCHEUERMANN
Amount: $47,849.00

CAPTURE DALLS VENTURES, LLC
Amount: $1,022,149.00

CARL AND BARBARA STENG
Amount: $16,906.67

CARL HOLMES
Amount: Unknown

CARL S. THOMS
Amount: $9,939.00

CARLOS & KARLA VITAL
Amount: $116,948.00

CARLOS JIMENEZ
Amount: $197,557.00

CAROL & DANIEL M. LARSON
Amount: $70,000.00

CARROLL WELCH
Amount: $92,953.00

CHAD KRULL
Amount: $53,525.00

CHARLES & GAIL WESTBROOK
Amount: $210,402.00

CHARLES & JUDY CULBERTSON
Amount: $5,754,500.00

CHARLES & LYNN BENEVENTO
Amount: $35,000.00

CHARLES ABOUNASSAR
Amount: $12,221.00

CHARLES GILMER
Amount: Unknown

CHARLES HILL
Amount: $14,000.00

CHARLES K. AND MITA P.
CHESSER
Amount: $40,000.00

CHARLES L. DUPIN
Amount: $44,448.00

CHARLES STAVLEY
Amount: $119,439.00

CHARLOTTE WEST
Amount: $17,029.00

CHERRY COUTEAU WIEST
Amount: $159,755.00

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

CHRIS & GINA SOSA
Amount: $9,939.00

CHRIS AND JANET MCKELVA
Amount: $30,194.00

CHRIS NEISEN
Amount: $309,456.00

CHRISTER & MAXINE ANDERSSON
Amount: $19,939.00

CHRISTINE WILLIAMS TRUST
Amount: $174,749.44

CIDER ROYALTIES, LLC
Amount: $133,468.00

CINDY D WOODHAM
Amount: $12,828.00

CIRCLE ANCHOR, INC.
Amount: $51,250.00

CKA RESOURCES, LLC
Amount: $39,877.00

CLARK L SMITH
Amount: Unknown

CLIFFORD RATZA
Amount: $349,579.00

CLIFFORD WHEELER
Amount: $221,997.00

CLINTON PUEPPKE
Amount: $106,162.00

CLOW PARTNERS
Amount: Unknown

CLYDE AND CLIFFORD RATZA
Amount: Unknown

CM OIL INVESTMENTS
Amount: $1,871,231.00

COLLEEN HELM
Amount: $25,954.00

CONLEY BUSINESS PENSION PLAN
Amount: $49,790.00

COOTERVILLE ENERGY, INC.
Amount: $18,914.00

COPPERHEAD LOGISTICS
Amount: Unknown

COX MINERALS LP
Amount: $140,475.00

CRAIG DESORMEAUX
Amount: $20,371.00

CRAIG E. WEDGE
Amount: $211,628.00

CRAIG MOEN
Amount: $17,941.00

CRAIG RICHARDSON
Amount: Unknown

CSN RESOURCES LLC
Amount: $63,992.00

CTY INVESTMENTS, LLC
Amount: $39,908.00

CURTIS ROERICK
Amount: $141,664.00

CURTIS WILKE
Amount: Unknown

CYNTHIA PERRY
Amount: $55,369.00

D. ROSENSTEIN
Amount: Unknown

DALE J. HUGHES
Amount: Unknown

DALE JORDAN
Amount: Unknown

DALE ROWE
Amount: $23,626.00

DAN & JUDITH OELKERS
Amount: $605,409.00

DAN J. DOOM
Amount: $57,377.00

DAN WELLS (Texas)
Amount: $13,738.00

DAN WELLS (California)
Amount: Unknown

DANIEL CURRIE
Amount: $49,100.00

DANIEL J SCOTTI
Amount: $135,051.00

DANIEL L. RINGUETTE
Amount: $20,226.00

DANIEL SCHWIMMER/ (LIVING
TRUST)
Amount: $140,000.00

DANIEL TODD
Amount: $231,370.00

DANNY HOELSCHER & PEGGY
STACY
Amount: $30,000.00

DARRIN DAVENPORT
Amount: Unknown

DARYL & V. MARGARET HENNICK
Amount: $123,593.00

DAVE MERRILL
Amount: $48,417.00

DAVE THOMAS
Amount: $46,539.00

DAVID & CHANDA SMITH
Amount: $34,914.00

DAVID & CLAIRE LARSON
Amount: $109,000.00

DAVID & GAYLA DAVIDSON
Amount: $24,861.00

DAVID & LINDA MOSCOVIC
Amount: $135,716.00

DAVID ALVAREZ
Amount: $38,799.00

DAVID E. & MARYELLEN
DIBACCO
Amount: $120,986.00

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

DAVID E. MARX
Amount: $123,882.00

DAVID J. & JULIE N. PETCU
Amount: Unknown

DAVID NUSZ
Amount: $77,255.00

DAVID O. COLE FAMILY LIMITED
PARTNERSHIP
Amount: $25,350.00

DAVID PIA
Amount: Unknown

DAVID PIA
Amount: Unknown

DAVID PORTER
Amount: Unknown

DAVID PUEPPKE
Amount: $34,502.00

DAVID TRENT/ADVANTA
Amount: $429,490.00

DEAN & JUDY HAWS
Amount: Unknown

DEAN & SANDRA HUSEBY
Amount: $43,869.00

DEAN KOLKEY
Amount: $31,780.00

DEAN LEHMAN
Amount: $39,319.00

DEAN TERRY
Amount: $1,300,000.00

DEANNA TAYLOR/ADVANTA
Amount: $32,299.00

DENNIS PETERSON
Amount: $24,861.00

DEWHIRST ENTERPRISES, INC.
Amount: $183,110.00

DHAVAL SHAH
Amount: $196,402.00

DHAWS INVESTMENTS, INC.
Amount: Unknown

DICK ANDREW
Amount: $198,111.00

DINESH K. SIVAGNANAM
Amount: $48,528.00

DIRK AND TAMMI TAYLOR
Amount: $71,144.00

DMITRI SMERKKOUS
Amount: Unknown

DOLANSKI MINERAL
INVESTMENTS, INC.
Amount: $31,732.00

DONALD & CHRISTINE BONNETTE
(ADVANTA #6760403)
(Christine): $85,000.00
(Donald): $370,000.00
Amount: $455,000.00

DONALD DELZER
Amount: $93,112.67

DONALD ECKLEL
Amount: $87,408.00

DONALD FAIRBAIRN
Amount: $209,120.00

DONALD GRAHAM
Amount: $116,651.00

DONALD TINKER
Amount: $405,000.00

DONG NAM PARK
Amount: Unknown

DOUG HERSHEY
Amount: $19,636.00

DOUGLAS MATTSON
Amount: $36,488.00

DUANE & DIANE SATHER
Amount: $230,599.00

DWAYNE THOMAS
Amount: $11,226.00

E. ELVAN & CHERYL A. PEED
Amount: $19,939.00

E.A. & ANN THORNTON BERRY
Amount: $579,709.50

E.P. & JOY B ADAMS
Amount: Unknown

EDMUND OVEREND
Amount: $92,048.00

EDWARD BRENGMAN
Amount: $61,669.00

EDWARD E. CARR
Amount: $14,969.00

EDWARD GELDREICH
Amount: $22,636.00

EDWARD J. WESCHE/ADVANTA
Amount: $49,599.00

EDWIN LUDVIK
Amount: $175,475.00

EILEEN TUFARO
Amount: $20,153.00

ELISA M. ROYAL MCMINN
Amount: Unknown

ELMER BUZZARD
Amount: $99,444.00

EMANUEL PEDRAM
Amount: $569,600.00

ENRIQUE CANTU
Amount: Unknown

ENSOR MOVERS, INC.
Amount: $58,351.00

ENTRUST FREEDOM, LLC FBO A.
ACKERMAN
Amount: Unknown

ENTRUST FREEDOM, LLC FBO L.
LINDLEY
Amount: Unknown

ENTRUST FREEDOM, LLC FBO
PATRICIA STOCKARD
Amount: $31,848.00

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

ENTRUST FREEDOM, LLC FBO
PATRICIA STOCKARD
Amount: Unknown

ENTRUST FREEDOM, LLC FBO
STEVEN SKURSKI
Amount: Unknown

EQUITY TRUST COMPANY
Amount: $78,444.00

ERDEN OIL & GAS LLC
Amount: $200,000.00

ERIC & KARA MOSBEY
Amount: $20,000.00

ERIC CHARES MULKEY
Amount: $525,000.00

ERIC MUTZ
Amount: $15,927.00

ERIC PIPER/ADVANTA TRUST
Amount: Unknown

ERIC PUEPPKE
Amount: $106,162.00

ERIC VAN
Amount: Unknown

FAR HORIZONS ENTERPRISES LLC
Amount: $151,896.00

FEATURE HOMES INC. PROF SHAR
PLAN
Amount: $99,445.00

FELIX A. EBRING & JENNIFER
MURPHY
Amount: $264,020.00

FERNWOOD LAND, LLC D/B/A
EXECUTIVE INN
Amount: Unknown

FIKIS PROPERTIES LLC
Amount: $707,157.00

FLANAGAN REVOCABLE TRUST
DTD 12/14/2000
Amount: $129,194.00

FLOYD & MARILYN PRICE
Amount: Unknown

FLOYD SCOTT
Amount: Unknown

FOSSIL OIL & GAS
Amount: $93,201.00

FOUNTAINGATES INV
Amount: $90,710.00

FRANK KARBARZ
Amount: $20,371.00

FRANK SHAW
Amount: Unknown

FRANK YOUNG
Amount: $156,870.00

FRED MOONEY
Amount: Unknown

FULMEN INVESTMENTS, LLC
Amount: $30,755.00

G&A ENTERPRISE
Amount: $64,710.00

G. COLEMAN ALDERSON
Amount: $98,368.00

GARLAND AND HEATHER
KRABBENHOFT
Amount: Unknown

GARY & DEBORAH CHAPMAN
Amount: $67,255.00

GARY DEWITT
Amount: $5,321.00

GARY GRAY
Amount: Unknown

GARY PIPEK
Amount: $3,461.00

GARY PIPEK/ENTRUST
Amount: Unknown

GAUTAM J. &LATA G. PATEL
Amount: $31,667.00

GENE ECKEL
Amount: $46,079.00

GEORGE & B. JAYNE SPANOS
Amount: $151,301.00

GEORGE & JANE ABIGAIL
Amount: $259,530.00

GEORGE A. SCHOEPF
INVESTMENTS
Amount: $39,877.00

GEORGE BLACK
Amount: Unknown

GEORGE D. & LORRAINE R. BOICE
Amount: $100,000.00

GEORGE FAMILY MINERALS GP,
LLC
Amount: Unknown

GEORGE W GRAVELING
Amount: $199,159.00

GEORGE W. & PAMELA L.
LINDNER
Amount: $79,755.00

GERALD & PHYLLIS TRENNEPOHL
Amount: $187,203.00

GERALD LUNDEEN
Amount: $135,818.00

GERALD WALKEN
Amount: $108,839.00

GERARDO & SUSAN NAPOLITANO
Amount: $827,000.00

GERY J. MARCOMBE
Amount: $9,939.00

GILBERT & DONNA DYKSTRA
Amount: $257,251.20

GLADYS C. & FRANCIS M. HIGHLY
Amount: Unknown

GLANZER ASSET MANAGEMENT
Amount: $192,892.00

GLENN & KAREN LINZMEIER
Amount: $461,085.00

GLENN & RUTH PUEPPKE
Amount: $208,272.00

GODFRIED & DORA DEKEYSER
Amount: $560,863.00

GOLDEN GATE INV, LLC
Amount: $39,205.00

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

GORDON R. PETERSON
Amount: $126,563.00

GRAHAM PATTERSON
Amount: $94,404.00

GREATER MOUNTAIN
FINANCIAL/LUGLI FAMILY TRUST
Amount: $447,501.00

GREGORY THOMAS
Amount: Unknown

GREGORY WHITTAKER
Amount: $268,331.00

GREGORY WORSLEY
Amount: $59,399.00

GROUP 1 INVESTMENTS LLC
Amount: Unknown

GUBIN FAMILY TRUST,
Amount: $650,698.00

H&C SCHNEPP
Amount: Unknown

H. ALLEN ANDERSON
Amount: Unknown

H. STEVE & SUSAN PARKER
Amount: $213,848.00

HAMED OMAR
Amount: $148,655.00

HARDY CONSTRUCTION
Amount: $59,939.00

HARDY FAMILY PROPERTIES LITD.
Amount: $44,160.00

HAROLD & SUSAN GERECHT
Amount: $130,335.00

HAROLD NIELSON
Amount: $20,370.00

HARRY FINNEY
Amount: $360,518.00

HARVEY A. & SANDRA M. FRIESS
Amount: $31,758.00

HAWK HAVEN MOBILE COURT
Amount: Unknown

HENRI VANDERHEYDE
Amount: Unknown

HENRY VELDHUIZEN
Amount: Unknown

HERNANDEZ LIVING TRUST
Amount: $15,209.00

HERSCHEL HICKMAN
Amount: Unknown

HINA GROUP FUND ADVISORS,
LLC
Amount: Unknown

HIPKINS FAMILY TRUST
Amount: $43,550.00

HIPOLITO & LUZ RUIZ
Amount: $34,608.00

HOMER RYAN
Amount: Unknown

HONG LIM AND LOC B. VUU
Amount: Unknown

HORNER FARMS, INC.
Robert Horner: $30,000.00
Ken Horner: $50,000.00
Amount: $80,000.00

HORTHAM INVESTMENTS, LLC
Amount: Unknown

HOWARD RHINES
Amount: $20,153.00

IAN ALEXANDER
Amount: Unknown

INNOVATIVE HEIGHTS
Amount: $162,770.00

INVESTMENT PROPERTY
EXCHANGE, INC. (ENGLAND)
Amount: $72,628.00

ISSA MUASHER
Amount: $334,573.00

J DALE JORDAN
Amount: $804,593.00

J ELDRIDGE
Amount: Unknown

J&C GROTE FAMILY TRUST
Amount: $150,000.00

J.P. ALLEN
Amount: $20,293.00

JACK & JEANNIE HOCKERSMITH
Amount: $187,519.00

JACK & MAXINE BAUM
$267,608.00
Amount: $267,608.00

JACK & PAMELA CHAMBERLAIN
Amount: Unknown

JACK JONES
Amount: $93,203.00

JACK L. & JUDITH A. ROYAL
Amount: Unknown

JACK SONNENTAG
Amount: $49,516.00

JACKSON, LLC
Amount: $20,227.00

JAGDISH CHEVLI
Amount: $39,205.00

JAIME & ANA ALEMAN
Amount: $42,064.00

JAIN SANDEEP
Amount: $30,834.00

JAMES & ANGELA MEEK
Amount: $20,000.00

JAMES & ELIZABETH BURGERT
Amount: $37,377.00

JAMES & SUSIE VREELAND
Amount: $31,009.00

JAMES ASHLEY
Amount: $130,192.00

JAMES CORNELIUS
Amount: $27,313.00

JAMES DOYLE
Amount: $26,855.00

JAMES E. KNAPP/ADVANTA
Amount: $64,597.00

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

JAMES GULLO
Amount: $28,319.00

JAMES HAUSMAN
Amount: $278,759.00

JAMES HAUSMAN JR.
Amount: Unknown

JAMES MOORE
Amount: $125,705.00

JAMES O'LEARY
Amount: $27,310.00

JAMES R. RISKO, TTEE
Amount: $99,444.00

JAMES ROCHELEAU
Amount: $21,309.00

JARED D. & CHARITY A. CUPP
Amount: Unknown

JASON & CHRISTINA BUTLER
Amount: $51,537.00

JASON KERN
Amount: $24,253.00

JASON T. CHAN
Amount: $29,788.00

JAY FISCHER
Amount: Unknown

JAYANTA K. CHAUDHURI
Amount: $19,939.00

JEAN-PIERRE FERRANDO
Amount: Unknown

JEFF & PAM EPSTEIN
Amount: $802,083.00

JEFF MATTSON
Amount: $27,997.00

JEFF SPEAR
Amount: Unknown

JEFFERY TODD COOK
Amount: Unknown

JEFFREY W. HEITKAMP
Amount: $17,377.00

JENNIDER JORDAN
Amount: $141,971.00

JEROME EASTMAN
Amount: $9,969.00

JEWEL TANKARD
Amount: Unknown

JIMMY & DINAH EASTUP
Amount: $247,145.00

JIMMY LYN ALLEN
Amount: $13,430.00

JIN & TAMMY K. WANG
Amount: $80,000.00

JIN LEI
Amount: $98,201.00

JKJB CORP.
Amount: $478,331.00

JOE SILVERS
Amount: $18,000.00

JOEL & DONNA JESSEE
Amount: $39,877.00

JOEL & GENA MCWILLIAMS
Amount: $39,329.04

JOEL & JULIE JOHNSON
Amount: $139,164.00

JOHN & FAYE HARRINGTON
Amount: $41,395.00

JOHN & MADONNA BEAL
Amount: $329,030.00

JOHN & PAGE STORHEIM
Amount: $19,939.00

JOHN & SANDRA HALDEMAN
Amount: $103,817.00

JOHN B. HUFFAKER
Amount: $96,275.00

JOHN BRETT DICKERSON
Amount: Unknown

JOHN C. NEELY III
Amount: $19,877.00

JOHN CARTER
Amount: $38,799.00

JOHN D STEVENSON
Amount: $49,722.00

JOHN E BEAL
Amount: Unknown

JOHN E. ERSKINE, JR./LIVING TRUST
Amount: $100,000.00

JOHN E. WUERFEL
Amount: Unknown

JOHN KEAY
Amount: $154,015.00

JOHN LAMMERT
Amount: $19,400.00

JOHN LEMONS
Amount: Unknown

JOHN M. PARKE
Amount: Unknown

JOHN MARK SMITH
Amount: $71,858.00

JOHN MARTINEZ
Amount: Unknown

JOHN MARTINSON
Amount: Unknown

JOHN MATTSON
Amount: $35,975.00

JOHN MOORE
Amount: $307,439.00

JOHN NELSON
Amount: $169,534.00

JOHN NICHOLSON
Amount: Unknown

JOHN OTTO
Amount: $116,831.00

JOHN PETTINGELL
Amount: $48,412.00

JOHN PREVOST
Amount: $48,499.00

JOHN R SMITH
Amount: $80,754.00

JOHN R. LAUGHLIN
Amount: $39,877.00

AO 245B (Rev. TXN 9/19) Judgment in a Criminal Case                                                    Judgment -- Page 15 of 22

DEFENDANT:            CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:         3:18-CR-00500-B(1)

JOHN S. DEWHIRST
Amount: Unknown

JOHN SULLIVAN
Amount: $99,697.00

JOHN WIESE
Amount: $28,921.00

JOHN WIGGIN
Amount: $46,476.00

JOHNNY & CHRISTINE DEBLOCK
Amount: $156,995.00

JOHNNY KAJS
Amount: $47,094.00

JON KUHFUS
Amount: $29,785.00

JORAL & PATRICIA SCHMALLE
Amount: $354,914.00

JOSEPH & LAURA HAAS
Amount: $230,021.00

JOSEPH VAN BREE
Amount: $95,963.95

JRJ INVESTMENTS LLC
Amount: $139,644.00

JUHL STAVNES
Amount: $98,201.00

JULIE BARKSDALE
Amount: $108,871.00

JULIE HAASE
Amount: Unknown

JUNE LATTA
Amount: $32,299.00

JUSTIN ZIEMBA
Amount: $45,273.00

JYOTI RAO
Amount: $376,225.00

K&R ROUSTABOUT
Amount: $92,883.00

KAREN BAUER
Amount: $59,341.00

KAREN HAYS
Amount: $24,895.00

KAREN PIPEK/ADVANTA
Amount: Unknown

KARL H. DEHANN
Amount: $430,551.00

KARL HORN
Amount: Unknown

KARUNAKAR NANDALUR
Amount: $108,980.00

KATHLEEN M. FLEMING
Amount: Unknown

KATHRYN WILLIAMS
Amount: $131,581.59

KC2LLC
Amount: $140,000.00

KEITH GRIMM
Amount: $39,363.00

KEITH HARLOW
Amount: $175,475.00

KENNETH & BETTY HUESERS
Amount: $282,714.00

KENNETH J. & LORI BRADEN
Amount: $364,334.00

KENNETH KLINE
Amount: $50,000.00

KENNETH MCCOY
Amount: $44,168.00

KENNETH STRIDER
Amount: Unknown

KEVIN & TERESE SMITH
Amount: $35,707.00

KEVIN PREVO
Amount: $27,756.00

KEVIN THROENER
Amount: $20,809.00

KIRBY JOSEPHSON
Amount: $92,953.00

KIRK & CAROL LIVELY
Amount: $80,000.00

KIRK KIRKEGAARD
Amount: $2,352,445.00

KULIN M. BODA
Amount: $27,113.00

KUNTZ FARMS
Amount: $281,683.00

KURT WILLIAMS TRUST
Amount: $128,404.62

KUSSMAUL BROTHERS I, LLC
Amount: $203,281.25

KYLE & MEGAN SCHINDLER
Amount: $4,969.00

KYLE GUILBAULT
Amount: $6,085.00

KYLE M. HOGGATT
Amount: $43,869.00

L.P. ADMIRE
Amount: $86,472.00

L.R. BRINKERHOFF
Amount: $33,831.00

LAKE PARK ESTATES LLC
Amount: Unknown

LAMBERT QUARTEY
Amount: $150,466.00

LANCE & JANE MORRIS
Amount: $692,618.00

LARRY & DEBBIE BROWN
Amount: $72,019.64

LARRY & DONNA ARENS
Amount: $63,957.00

LARRY & JUDY MYERS
Amount: Unknown

LARRY & SKYLAR LOEFFLER
Amount: $151,690.00

LARRY BAKER
Amount: $140,806.00

LARRY BERRYMAN
Amount: $80,680.00

LARRY GEE STEWART
Amount: $34,755.00

LARRY MCMILLAN
Amount: $59,637.00

DEFENDANT:           CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:         3:18-CR-00500-B(1)

LARRY POLLOCK
Amount: $49,100.00

LAWRENCE ARENS
Amount: Unknown

LEE ALFRED
Amount: Unknown

LELAND DURST
Amount: Unknown

LEON MCKENDRICK
Amount: $10,978.00

LEONARD YODER
Amount: $45,355.00

LESTER PHILLIP
Amount: $20,153.00

LIFAN LIANG
Amount: Unknown

LINCOLN PROPERTIES LLC
Amount: $700,677.21

LINDA K RUBEY
Amount: Unknown

LOGEN & DILINI THIRAN
Amount: $111,172.00

LORAN L. GALPIN
Amount: $17,377.00

LOUIS BRINKERHOFF
Amount: $33,881.00

LOUIS JEAGER
Amount: $59,341.00

LOUIS W MISSEL
Amount: $189,369.00

LUGLI FAMILY TRUST
Amount: $198,889.00

LUIS CHARO JR.
Amount: Unknown

LUKE & SUZANNE GRUMBINE
Amount: $232,947.64

LUKE HOFACKER & KRISI WEST
Amount: Unknown

LYMAN HENDERSON
Amount: $61,669.00

LYN J. ERKSKINE
Amount: Unknown

M.T. & PATTI MACMANUS
Amount: $9,939.00

MAIN STREET FINANCIAL
BUILDING LLC
Amount: $180,000.00

MARC WHITE
Amount: $61,669.00

MARCUS P. GOBER
Amount: $3,877.00

MARDEL DEJONG
Amount: $89,229.42

MARIE GOFORTH & MONTE
MUECKE
Amount: $54,442.00

MARION MURPHY
Amount: $110,000.00

MARK & KAY SARTOR
Amount: $22,613.00

MARK BARBERO
Amount: $258,000.00

MARK CARLSON
Amount: $562,035.00

MARK GREGO
Amount: $39,715.00

MARK KNIPPA
Amount: $19,969.00

MARK LABOVITZ
Amount: $299,682.00

MARK PICKENHEIM
Amount: $457,744.00

MARK THIEL
Amount: $182,958.00

MARK WEAVER
Amount: $20,359.00

MARVIN & DELORES DE JONG
Amount: $58,217.54

MARY H. BURGESS TRUST
Amount: $182,068.57

MATT & LISA DUDLEY
Amount: $39,877.00

MATTHEW & JOANNE GENZ
Amount: $80,000.00

MATTHEW FINKE
Amount: Unknown

MATTHEW S. MURPHY
Amount: $160,000.00

MAURICE GOMEZ
Amount: $231,884.00

MCLENDON OIL, LLC
Amount: Unknown

MELVYN WILLIAMS
Amount: $98,000.00

MERLE TIGGES
Amount: $11,499.00

MICHAEL & LISA DUNN
Amount: $97,423.00

MICHAEL & LOIS DYER
Amount: $62,474.00

MICHAEL & MARILYN UNREIN
Amount: $39,877.00

MICHAEL & SOHEILA DEGIEUX
Amount: $315,000.00

MICHAEL CECIL
Amount: $5,489.00

MICHAEL DUNN
Amount: Unknown

MICHAEL GUNDERSON
Amount: $84,287.00

MICHAEL H. SCHUMAN
Amount: $137,389.00

MICHAEL HERRING
Amount: $24,861.00

MICHAEL KEAY
Amount: $154,015.00

MICHAEL LINCECUM
Amount: $61,669.00

MICHAEL MOOREHOUSE
Amount: $66,734.00

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

MICHAEL MYASKOVSKY
Amount: $47,849.00

MICHAEL O'RYAN
Amount: $98,201.00

MICHAEL ROHMAN
Amount: $54,101.00

MICHAEL S. & TRAVIS E. LLOYD
Amount: Unknown

MICHAEL WATERS
Amount: $46,806.00

MICHAEL WEBB
Amount: $146,000.00

MIKE & MARY LOU WILSON
Amount: $26,732.00

MIKE DYER
Amount: Unknown

MIKE HOFHINE
Amount: $72,726.00

MIKE JONES
Amount: Unknown

MIKE JONES
Amount: $311,206.00

MIKE JONES
Amount: Unknown

MIKE WILSON
Amount: Unknown

MILLENIUM TRUST LLC
Amount: $184,563.00

MONEY PRO, LLC
Amount: $39,877.00

MONTE MUECKE
Amount: Unknown

MOON RIVER INVESTMENTS, LLC
(MACMANUS)
Amount: $92,282.00

MORDELL ENERGY LLC
Amount: $98,201.00

MORGAN (KINSMAN) FUDGE
Amount: $366,210.00

MORRIS TAYLOR
Amount: $32,584.00

MR. & MRS. UPRIGHT
Amount: $61,102.00

MURRAY A. LEWIS
Amount: $19,939.00

N.R. UPPAAPATI
Amount: $40,742.00

NANCY F SEPE
Amount: $24,895.00

NAPHAT & DARIN
SUPHATTANAKUL
Amount: $19,877.00

NATHAN & RENEE WILLIAMS
Amount: $19,877.00

NATIONAL EAGLE LTD
Amount: $59,569.00

NEAL LENGACHER
Amount: Unknown

NEIL SPERLING
Amount: $121,078.00

NELSON BOGGARD
Amount: $138,226.00

NELSON OIL, LLC
Amount: $10,189.00

NEQUAI MCCLENDON
Amount: $45,244.00

NEUROREHAB PLLC
Amount: $235,000.00

NEXT GENERATION TRUST FBO L.
PHILLIP
Amount: Unknown

NICK & MICHELLE LUEKENGA
Amount: $50,000.00

NICOLAS RUSSO
Amount: $133,468.00

NNAMDI, LLC
Amount: $289,021.00

NODDING DONKEY ROYALTIES, LLC
Amount: $121,274.00

NOEL CHIANTELLA
Amount: $129,518.00

NORMAN JONATHAN
Amount: $49,046.00

NORMAN MONTAYNE
Amount: $127,227.00

ODIS & THEOLA KERBOW
Amount: Unknown

OIL INTEREST, LLC
Amount: $35,062.00

OIL KINGS
Amount: $161,676.00

ONUWA TERRY
Amount: Unknown

ONWARD L. BIRKHIMER
Amount: $47,319.00

OREST & OKSANA BEDRIJ
Amount: $792,866.00

PAPIO VALLEY LAND CO.
Amount: $92,431.00

PARAGON
Amount: $113,092.00

PAT DESANTIS
Amount: $100,000.00

PATRICIA MACGILLIVRAY
Amount: $120,000.00

PATRICIA ROTHBARDT
Amount: $46,432.00

PATRICK C. CHRISTMAN
Amount: $85,768.00

PATRICK KOCUREK
Amount: $80,000.00

PAUL & FLORENCE NELSON
Amount: $304,176.00

PAUL BASKIS
Amount: $23,780.00

PAUL DOEPFNER
Amount: $73,653.00

PAUL NASH
Amount: $73,511.00

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

PAUL WILSON
Amount: $9,969.00

PAUL WOHRMAN
Amount: $290,632.00

PAULA MORRIS
Amount: $150,000.00

PAULA TURNER & CHRISTOPHER
DURRAND
Amount: $527,620.00

PECOS COUNTRY ENERGY, INC.
Amount: $46,254.00

PEDRO & ERIKA ORTIZ
Amount: $95,388.00

PETER & MEETA JOST
Amount: $15,607.00

PETER DALRYMPLE
Amount: $2,084,007.00

PHILIP & STACEY TRUONG
Amount: $30,419.00

PHILLIP KIRKEGARD/ ADVANTA
#6821002
Amount: $903,343.50

PHILLIP RODEN
Amount: $19,400.00

PONDEROSA, LLC/ANDREW &
MANILATH BALISTRIERI
Amount: $91,703.00

PRINT CHOICES, LLC
Amount: $156,415.00

PRINT CHOICES, LLC (S. JURIS)
Amount: Unknown

PRO SHAR PLAN
Amount: Unknown

PROST MARKETING, INC. PROFIT
SHAR PLAN
Amount: Unknown

R. DENNIS COLLINS (ENTRUST)
Amount: Unknown

R. JAY & SUSAN MANDERS
Amount: $22,613.00

R. TABAKA
Amount: $56,435.00

RAD RESOURCES, LLC
Amount: $24,861.00

RAJENDRA & SHARDA PATEL
Amount: $14,170.00

RAJNIKANT & RAMA PATEL
Amount: $53,525.00

RAKESH SHISHODIA
Amount: $45,355.00

RALPH & JANICE ENGEL
Amount: $150,211.00

RALPH P., WEIBE, CHERYL ANNE
BURGESS
Amount: $9,811.00

RANDALL & RITA HORSE
Amount: $38,366.00

RANDALL C. STRIDER
Amount: $19,939.00

RANDALL W PETERSON, JR.
Amount: $24,924.00

RANDY DAVIS
Amount: $9,969.00

RANDY SANDERS
Amount: Unknown

RANGOON GROUP, LLC
Amount: $69,262.00

RAPIDS HOLDINGS, LLC
Amount: $73,201.00

REEDER PROPERTIES /TRUST
Amount: Unknown

REESE WILLIAMS TRUST
Amount: $174,749.44

REGINA & BILL WELCH
Amount: $23,855.00

REICHERT FAMILY TRUST
Amount: Unknown

REILLY HOTEL HOLDINGS, LLC
Amount: $248,584.00

REUBEN & BETH VILAND
Amount: $91,831.00

RICHARD BELK
Amount: $4,457.00

RICHARD HALE
Amount: $7,500.00

RICHARD JANSON
Amount: $50,000.00

RICHARD KRAJCIR
Amount: $71,309.00

RICHARD PERCOCO
Amount: $25,625.00

RICHARD ROSSER
Amount: $20,371.00

RICHARD SANFORD
Amount: $47,293.00

RICHARD TABAKA
Amount: Unknown

RICHARD WILL MARINE, JR.
Amount: $182,223.00

RICK BERNIER
Amount: $90,710.00

RICK BRUSH
Amount: Unknown

RICK STARK
Amount: $102,870.00

RICKEY GRUBEN
Amount: $128,766.00

ROBERT & COLLEEN SAUER
Amount: $40,053.00

ROBERT & KATHLEEN
HALDEMAN
Amount: $103,817.00

ROBERT & MARGARET QUINN
Amount: $68,349.24

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

ROBERT & NANCY HAMMOND
Amount: $39,939.00

ROBERT A. & MELNICK &
CYNTHIA BRENMAN
Amount: $74,877.00

ROBERT A. LOE
Amount: $17,439.00

ROBERT BATEY
Amount: $120,708.00

ROBERT BATEY
Amount: Unknown

ROBERT C. TANKLAGE
Amount: Unknown

ROBERT CHIDESTER
Amount: $49,722.00

ROBERT CRAWFORD
Amount: $45,273.00

ROBERT DILLON
Amount: $21,679.00

ROBERT E. RESSEGUIE
Amount: $8,689.00

ROBERT EWERT
Amount: $18,244.00

ROBERT GRAVES
Amount: $238,277.00

ROBERT H. MCCOLLUM
Amount: $57,377.00

ROBERT JOHNSON
Amount: $10,533.00

ROBERT JOHNSON
Amount: Unknown

ROBERT L FISCHER
Amount: $757,005.00

ROBERT M. PAGLEE
Amount: $62,239.00

ROBERT MORAIN
Amount: Unknown

ROBERT MOSER
Amount: Unknown

ROBERT NEUMAN
Amount: $80,000.00

ROBERT PALMER
Amount: Unknown

ROBERT SPALETTO
Amount: Unknown

ROBERT SPENCER
Amount: $92,953.00

ROBERT WELENOFSKY
Amount: $39,755.00

ROCK CAPITAL LLC
Amount: $91,618.00

RODGE BICKERSTAFF
Amount: $19,400.00

RODNEY PENNINGTON
Amount: $40,164.00

ROGER & SHARON KUNZ
Amount: $233,392.00

ROGER H. & JOANNE M. KLEIN
Amount: $19,877.00

ROGER LEHMAN
Amount: Unknown

ROGER LIPMAN
Amount: $292,250.00

RON SLAYMAKER
Amount: Unknown

RONALD CHRISTENSEN
Amount: $51,909.00

RONALD GUNSCH
Amount: $46,476.00

RONALD P. GLAZIER
Amount: $9,969.00

RONALD R. & ALYSON H.
RICHARDS
Amount: Unknown

ROSE ABBOTT
Amount: Unknown

ROTO BUSINESS
Amount: $58,658.00

ROUGHRIDER PROPERTIES, LLC
Amount: $166,564.00

ROY MANIEDEO
Amount: $43,000.00

ROYAL LEE STOCKARD
Amount: Unknown

RYAN BERKEBILE
Amount: $20,000.00

SAM STERLING
Amount: $19,969.00

SAMUEL AMPADU
Amount: $27,221.00

SAMUEL QUAISON
Amount: $46,459.00

SAMUEL V. PIRRONE
Amount: Unknown

SAMUEL ZAROGOZA NEWTON
Amount: Unknown

SANGHA ENTERPRISES, INC. D/B/A
TROPICANA UNITED DR
Amount: $99,637.00

SARAH & JAMES LANG
Amount: $39,877.00

SAUCON RESOURCES, LLC
Amount: $150,000.00

SCOTT & INGRID YATES
Amount: $67,060.00

SCOTT LLOYD ANDERSON
Amount: Unknown

SCOTT T BEHAN
Amount: $200,000.00

SEABREEZE CAPITAL
Amount: $112,968.00

DEFENDANT:        CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:       3:18-CR-00500-B(1)

SELMAN EXPLORATION
Amount: Unknown

SERGIO LEVENZON
Amount: $234,129.00

SHAHIDALI MAKNOJIA
Amount: $79,755.00

SHALINI PANDEY
Amount: $13,738.00

SHANE ADAMSON
Amount: $20,153.00

SHARON & EDWARD GORDEN
Amount: $94,500.00

SHOSHONE BUILDING PARTNERS
Amount: $175,475.00

SHUKRY REV TRUST
Amount: $15,209.00

SHYAM RAI
Amount: $2,402.00

SJEM LLC
Amount: Unknown

SKG VENTURES
Amount: $27,756.00

SOMAYAHI RAMAMURTHY
Amount: $86,492.00

SOUTHERN FUNDING
Amount: Unknown

SPECIALITY LEASING (MEISNER)
Amount: $31,160.00

SRINIVAS PATHAPATIS
Amount: $148,161.00

SRINIVAS VANGALA
Amount: $82,594.00

STEELE LIPE
Amount: $77,466.00

STEFAN KONASIEWICZ
Amount: Unknown

STEPHANIE S. WOODMAN
Amount: $79,755.00

STEPHEN ROBBINS
Amount: Unknown

STERLING
Amount: Unknown

STEVE ALEXANDER
Amount: $158,707.00

STEVE DANIELSON
Amount: $8,719.00

STEVE WU
Amount: $59,341.00

STEVEN & BONITA SKURSKI
Amount: $96,939.00

STEVEN & JILL KERNS
Amount: $185,905.00

STEVEN & MARY HUG
Amount: $73,669.00

STEVEN & SHIELA STEWART
Amount: Unknown

STEVEN HAYS
Amount: $9,969.00

STEVEN HOWARD
Amount: $40,343.00

STEVEN NEVILLE
Amount: $24,929.00

STEVEN PUEPPKE
Amount: $95,698.00

STEVEN T, JETTER
Amount: $283,655.00

STIGALL CONSULTING GROUP,
LLC
Amount: $9,969.00

STRUCTURAL CONCRETE &
DESIGN, INC.
Amount: $280,000.00

SUDHENDU DASGUPTA
Amount: $22,636.00

SURESH & NAGA MARIREDDY
Amount: $39,755.00

SUZANNE T ARNESS
Amount: $44,889.00

SWINGING BRIDGE FARM
Amount: Unknown

SYED A. HUSAIN
Amount: $120,991.00

T. COUGHLIN
Amount: $93,950.00

T. MCCOY
Amount: Unknown

T. OR M. RITTER
Amount: $9,969.00

TAK LLC
Amount: $49,516.00

TERFAM FAMILY LTD
Amount: $391,324.00

TERRENCE & DEBORAH BECKER
Amount: $29,755.00

TERRY & LINDA EDMONDSON
Amount: $4,969.00

TERRY HUETT
Amount: $21,476.00

TESSA OSBORNE
Amount: $39,877.00

THE BEHARA FAMILY LP
Amount: $349,273.00

THE CDP ALLIANCE
Amount: $20,000.00

THESKEN FAMILY LTD
PARTNERSHIP
Amount: $9,939.00

THOMAS & JEANNE RUEGER
Amount: $193,655.00

THOMAS & SHINEY NATTAKOM
Amount: $24,939.00

THOMAS ASHLEY
Amount: $141,664.00

THOMAS GREGORY
Amount: $78,807.00

THOMAS H. GORRIE
Amount: Unknown

THOMAS HINSHAW
Amount: $107,946.00

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

THOMAS PORTER
Amount: Unknown

THOMAS STANLEY
Amount: $24,861.00

THOMAS STEPHEN GAY
Amount: $10,068.00

THOMAS STONE
Amount: $267,800.00

THOMAS THOMPSON
Amount: $46,608.00

THONAS G. SUMMER
Amount: $84,170.00

TIM & CAROLYN JENSEN
Amount: $84,478.00

TIM & MELISSA HARRIS
Amount: $484,616.00

TIM O'CONNOR
Amount: $19,448.00

TIM WEST
Amount: Unknown

TODD ESKRA
Amount: $66,734.00

TODD LOEWE
Amount: Unknown

TOM & KAY HANDY
Amount: $39,939.00

TOM H. & KAY CHRISTNER
Amount: $92,500.00

TRAVIS PETREE
Amount: $274,789.00

TREY GREGORY
Amount: Unknown

TRISTAR INVESTMENTS, LLC
Amount: Unknown

TRUST B1 OF THE BAUM FAMILY
TRUST
Amount: Unknown

TYSON T. LEE
Amount: $30,000.00

UG & PATRICIA DAUGHTRIDGE
Amount: $8,969.00

VAFIDES FISHERIES
Amount: $27,756.00

VAIL, LLC
Amount: $152,102.00

VALENCIA PROP (COLLINS)
Amount: $57,506.00

VALENCIA PROPERTIES
Amount: Unknown

VALENCIA PROPERTY
Amount: Unknown

VALLEY HOMES, LLC
Amount: $96,201.00

VENUGOPAL PALLA
Amount: $19,400.00

VERNON INV LP
Amount: $30,834.00

VERTICAL INVESTMENT, LLC
Amount: Unknown

VICTOR R. CUCCIA
Amount: $15,131.00

VIK RENJEN
Amount: $171,561.00

VINCENT SCALESE
Amount: $136,957.00

VIPUL SHAH & QUYEN VUU
Amount: $48,283.00

VOLTZ FAMILY TRUST
Amount: $62,948.00

W.D. BRITT
Amount: $9,939.00

WALTER THOMPSON
Amount: Unknown

WAYNE HILL
Amount: Unknown

WAYNE SCHROCK
Amount: $100,844.00

WEI AND THOMAS SHI
Amount: Unknown

WESLEY SHERVEN
Amount: $59,341.00

WESTMARK ENERGY LLC
Amount: $76,393.06

WIILLIAM & ANJA CALDWELL
Amount: $75,968.00

WILHARDT, C. LIVING TRUST
Amount: $112,500.00

WILL SORENSON PETROLEUM,
LLC
Amount: $39,877.00

WILLIAM DAY
Amount: $48,201.00

WILLIAM MCGEE
Amount: $32,299.00

WILLIAM MCGINNIS
Amount: $10,113.00

WILLIAM MELE
Amount: $43,902.00

WILLIAM ROBERSON
Amount: $84,854.33

WILLIAM SCHREIBER
Amount: $346,393.00

WILLIAM SWEENEY
Amount: Unknown

WILLIAM TRAVERS, JR./MIDLAND
IRA
Amount: $218,385.06

WILLIAM W FISCHER
Amount: $19,880.00

WILLIAM WELLS
Amount: $110,564.00

WILLIAM WITBECK
Amount: $30,902.00

WILLOW CREEK RESOURCES
Amount: $144,773.00

WIND RIVER EAR, NOSE AND
THROAT
Amount: Unknown

DEFENDANT:          CHRISTOPHER AUNDRE FAULKNER
CASE NUMBER:        3:18-CR-00500-B(1)

WOJAHN ORVILLE
Amount: $30,344.00

WOLTMAN, RHEA TRUST DTD
6/26/00
Amount: Unknown

WUN LING CHANG/ HENRI C.
VANDERHEYDE
Amount: Unknown

YIFAN LIANG & HUI WANG
Amount: $117,102.00

YOLANDA WILSON
Amount: $719,745.00

YVES MEYER
Amount: $95,698.00

ZACHARY TAYLOR
Amount: Unknown

ZP ENTERPRISES, LLC DBA
MERRIMAC MANOR
Amount: Unknown

**Total Restitution:**
**$92,446,376.46**