IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 3:18-CR-0500-B-01 |
| | § | |
| CHRISTOPHER AUNDRE FAULKNER | § | |

DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW
AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW AARON L. WILEY, attorney of record, and moves the court to withdraw his name as attorney of record for CHRISTOPHER AUNDRE FAULKNER in the above referenced cause. In support thereof Movant would respectfully show the court as follows:

I.

Counsel was appointed to represent CHRISTOPHER AUNDRE FAULKNER.

II.

Mr. Faulkner's sentencing hearing took place on September 20, 2021. Following the sentencing hearing, Mr. Faulkner advised counsel that he wished to appeal his sentence. Mr. Faulkner's Judgement issued on September 29, 2021.

III.

Since Mr. Faulkner instructed counsel to advise the court of his intent to appeal his sentence – counsel believes the resulting appeal will create an ethical conflict that would render any continuing attorney-client relationship untenable.

IV.

Counsel for Defendant conferred with the AUSA Marcus Busch, regarding the contents of this motion.  Mr. Busch does not oppose the motion.

WHEREFORE, Movant respectfully requests that he be removed as attorney of record for the defendant and a new attorney be appointed to pursue the defendant's appeal.

Respectfully submitted,
/s/ *Aaron L. Wiley*
ATTORNEY FOR DEFENDANT
TX Bar No. 21467980
Aaron L. Wiley Law, P.C.
111 Mulberry
Kaufman, TX 75142
214.675.0676 mobile
972.559.3365 fax
alwileylaw@gmail.com

CERTIFICATE OF CONFERENCE

I certify that on September 23, 2021, I conferred with AUSA Marcus Busch, the Trial Attorney assigned to the case, who indicated that the government does not oppose this motion.

CERTIFICATE OF SERVICE

I certify that on October 3, 2021, I caused a copy of this Motion to Withdraw as Attorney of Record to be delivered to AUSA Marcus Busch.

>*/s Aaron L. Wiley*
> Aaron L. Wiley
> Attorney