IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 3:18-CR-0500-B (01) |
| § | |
| CHRISTOPHER AUNDRE FAULKNER § | |

## ORDER

Attorney Aaron L. Wiley has filed a Motion to Withdraw as appointed counsel for Defendant [ECF No. 156]. As grounds for the Motion, Attorney Wiley states that Defendant has advised Wiley that Defendant wants to appeal his sentence. Attorney Wiley believes Defendant's appeal will create an ethical conflict that would render any continuing attorney-client relationship untenable. The government does not oppose the Motion.

But Local Criminal Rule 57.12 requires that a motion to withdraw must provide the name and address of the succeeding attorney; or, if the succeeding attorney is not known, the motion must "set forth the name, address, and telephone number of the client and either bear the client's signature approving withdrawal or state specifically why, after due diligence, the attorney was unable to obtain the client's signature." N.D. Tex. Local Crim. R. 57.12(a). Here, the Motion does not identify the succeeding attorney; nor is the Motion signed by Defendant. The Motion does not explain why Attorney Wiley was unable to obtain Defendant's signature approving the withdrawal. Accordingly, the Motion to

1

Withdraw is DENIED without prejudice. Attorney Wiley may refile his Motion in conformity with the Local Rules.

**If Defendant wants the court to appoint a new lawyer to represent him on appeal, either Attorney Wiley or Defendant must file a separate motion for appointment of substitute counsel.**

SO ORDERED.

October 6, 2021.

                                                REBECCA RUTHERFORD
                                                U.S. MAGISTRATE JUDGE