IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER AUNDRE FAULKNER

NO. 3:18-CR-0500-B

## NOTICE OF APPEAL

Pursuant to Defendant's instructions to counsel, notice is hereby given that Christopher Aundre Faulkner appeals to the United States Court of Appeals for the Fifth Circuit from the judgment and sentence imposed and entered judgment in the above-entitled case on September 29, 2021, by the Honorable Jane J. Boyle, United States District Judge for the Northern District of Texas.

Respectfully submitted,

/s/ *Aaron L. Wiley*
Aaron L. Wiley
Attorney for Defendant
Texas Bar No. 21467980
5728 LBJ Freeway, Ste. 250
Dallas, Texas 75240
Telephone: 214-675-0676
Email: alwileylaw@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically filed the foregoing document via the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *Aaron L. Wiley*
Aaron L. Wiley
Attorney for Defendant