

United States Court of Appeals
for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Jan 19, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-11040

United States Court of Appeals
Fifth Circuit
**FILED**
December 28, 2022
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

CHRISTOPHER AUNDRE FAULKNER,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CR-500-1

_____

Before STEWART, DENNIS, and WILLETT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellee's opposed motion to dismiss the appeal is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative motion for an extension of time to file its brief is DENIED as moot.